**MACHER v. MACHER**

[362 N.C. 505 (2008)]

OLLIE MAE MACHER N/K/A OLLIE MAE HARRIS v. ABE MORRIS MACHER

No. 55A08

(Filed 10 October 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 188 N.C. App. 537, 656 S.E.2d 282 (2008), affirming an order entered 21 November 2006 by Judge J. Henry Banks in District Court, Granville County, denying defendant's Rule 60(b) motion to vacate a divorce judgment entered 28 October 1998. Heard in the Supreme Court 10 September 2008.

*Hopper, Hicks & Wrenn, PLLC, by N. Kyle Hicks, for plaintiff-appellee.*

*Burton & Ellis, PLLC, by Alyscia G. Ellis, for defendant-appellant.*

PER CURIAM.

AFFIRMED.